**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Maria Mercado ABASCAL,
Defendant—Appellant.**

No. 02–50169.

D.C. No. CR–01–00952–GAF–01.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Maria Mercardo Abascal appeals her conviction by guilty plea and sentence for being an illegal alien found in the United States following deportation and conviction, in violation of 8 U.S.C. § 1326(a) and (b)(2). Abascal's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw based on counsel's failure to discover arguable issues for review. Abascal did not file a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

We **REMAND** for the district court to correct the judgment to exclude the reference to 8 U.S.C. § 1326(b)(2), consistent with *United States v. Rivera–Sanchez,* 222 F.3d 1057 (9th Cir.2000). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.